UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Guaranteed Rate, Inc., )<br>)<br>      Petitioner / Plaintiff, )<br>)<br>vs. )<br>)<br>Jodie Locklear, )<br>)<br>      Respondent / Defendant. )<br>) | Civil Action No.: 4:22-cv-00756-SAL<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

Pursuant to Local Rule 6.02, D.S.C. the undersigned submits this Notice of Request for Protection from Court Appearance and states as follows:

1. Protection is sought in the above-captioned matter;

2. Protection is sought for the inclusive dates of September 22, 2022 through October 7, 2022.

3. Protection is sought because the undersigned will be on a long-standing family vacation.

Dated: April 29, 2022

Gordon & Rees LLP

By    *s/Brittany T. Bihun*
A. Victor Rawl, Jr. (Fed. 6971)
E-mail: vrawl@grsm.com
Brittany T. Bihun (Fed. 12704)
E-mail: bbihun@grsm.com
40 Calhoun Street, Suite 350
Charleston, SC 29401
Telephone: (843) 278-5900

*Attorneys for Petitioner*

1